# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| NATHAN FREMONT GREEN, | CV 18-00080-H-DLC-JTJ |
| Plaintiff, | |
| vs. | COLLECTION ORDER |
| MONTANA STATE PRISON, et al., | |
| Defendants. | |

To:     START
        801 MT Highway 48
        P.O. Box 1389
        Anaconda, MT 59711

Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for the above-captioned action. *See* 28 U.S.C. §1915(b)(1), (2).

Accordingly, **IT IS HEREBY ORDERED:**

1. The START Facility shall collect from Plaintiff's inmate account the filing fee, $350.00, and shall forward payments to the Clerk of Court. The amount collected shall be 20% of the preceding month's income credited to Plaintiff's prison inmate account, provided the preceding month's income exceeds $10.00. These monthly filing-fee payments shall be collected simultaneously with the

1

payments required in other cases filed by Plaintiff.  *See Bruce v. Samuels*, 136 S.Ct 627, 632 (2016).  Said payments shall be clearly identified by the name and number assigned to this action.

2.  Payments shall be sent to the Clerk of U.S. District Court, Russell E. Smith Courthouse, 201 East Broadway, P.O. Box 8537, Missoula, MT 59807.

3.  The Clerk of Court is directed to serve a copy of this Order on START at the above address.

DATED this 3rd day of October, 2018.


   */s/ John Johnston*
John Johnston
United States Magistrate Judge


cc:  Nathan Fremont Green, #46455
      USDC Financial